# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNEDY THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **BURL CAIN, ET AL.** | **NO. 15-339-JWD-RLB** |

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 8, 2018, to which no objection was filed:

**IT IS ORDERED** that the petition is construed in part as a motion for authorization for the district court to consider the successive claims raised herein.

**IT IS FURTHER ORDERED** that the petition be transferred to the United States Court of Appeals for the Fifth Circuit, under the authority of 28 U.S.C. § 1631, for that court to determine whether petitioner is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus petition in this district court. *See In re: Tony Epps,* 127 F.3d 364 (5th Cir.1997).

Signed in Baton Rouge, Louisiana, on <u>February 23, 2018</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA